IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

QUALITY CEILINGS, INC.,

                Plaintiff,

      v.

ADAM SAUTER,

                Defendant.

ORDER

12-cv-374-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on December 13, 2012, to discuss the status of settlement in this case. Mike Kepler participated on behalf of defendant. There was no appearance by plaintiff.

At the hearing, Mr. Kepler confirmed that the case has been resolved but they are waiting for exchange of the settlement proceeds. Another telephonic status conference is set for December 20, 2012, at 8:30 a.m. Counsel for plaintiff is to initiate the conference call to chambers at (608) 264-5447. The conference will be canceled if the parties submit final settlement papers before December 20, 2012.

Entered this 13th day of December, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge